# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| In re: | Ammons, Timothy | § | Case No. 08 B 21651 |
|---|---|---|---|
|  | Ammons, Marian | § |  |
|  | Debtors | § |  |
|  |  | § |  |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/18/2008.

2) The plan was confirmed on 12/09/2008.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on (NA).

4) The trustee filed action to remedy default by the debtor in performance under the plan on (NA).

5) The case was completed on 10/19/2011.

6) Number of months from filing or conversion to last payment: 38.

7) Number of months case was pending: 46.

8) Total value of assets abandoned by court order: (NA).

9) Total value of assets exempted: $1,180.00.

10) Amount of unsecured claims discharged without full payment: $75,320.44.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (09/01/2009)

## Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $13,292.00 |
| Less amount refunded to debtor | $332.00 |

**NET RECEIPTS:** $12,960.00

## Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,514.00 |
| Court Costs | $0 |
| Trustee Expenses & Compensation | $742.68 |
| Other | $0 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,256.68

Attorney fees paid and disclosed by debtor    $360.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Illinois Dept of Revenue | Priority | NA | $125.87 | $125.87 | $125.87 | $0 |
| Internal Revenue Service | Priority | $2,100.00 | $2,018.00 | $2,018.00 | $2,018.00 | $0 |
| Economy Interiors | Secured | $0 | $870.92 | $870.92 | $0 | $0 |
| Aaron's Inc | Unsecured | $2,622.00 | NA | NA | $0 | $0 |
| Adventist La Grange Memorial Merc | Unsecured | $290.00 | NA | NA | $0 | $0 |
| America's Financial Choice Inc | Unsecured | $146.00 | $145.81 | $145.81 | $26.04 | $0 |
| America's Financial Lenders | Unsecured | NA | $908.79 | $908.79 | $0 | $0 |
| AmeriCash Loans LLC | Unsecured | $1,800.00 | $1,151.66 | $1,151.66 | $205.69 | $0 |
| Arnold S Morof & Assoc | Unsecured | $250.00 | NA | NA | $0 | $0 |
| Asset Acceptance | Unsecured | $3,425.00 | $1,344.72 | $1,344.72 | $240.21 | $0 |
| Asset Acceptance | Unsecured | $2,347.00 | $2,081.00 | $2,081.00 | $371.64 | $0 |
| Asset Acceptance | Unsecured | NA | $602.54 | $602.54 | $107.63 | $0 |
| Asset Acceptance | Unsecured | NA | $427.35 | $427.35 | $76.33 | $0 |
| Bulger Rejowksi Dillo | Unsecured | $77.00 | NA | NA | $0 | $0 |
| Cash Direct Inc | Unsecured | $795.00 | $315.98 | $315.98 | $56.27 | $0 |
| Cash To Go | Unsecured | $297.00 | NA | NA | $0 | $0 |
| Cingular Wireless | Unsecured | $980.00 | NA | NA | $0 | $0 |

*(Continued)*

UST Form 101-13-FR-S (09/01/2009)

**Scheduled Creditors:** *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Citicorp Credit Services | Unsecured | $185.00 | NA | NA | $0 | $0 |
| Comcast | Unsecured | $186.00 | NA | NA | $0 | $0 |
| Comcast | Unsecured | $468.00 | NA | NA | $0 | $0 |
| Commonwealth Edison | Unsecured | NA | $354.30 | $354.30 | $63.28 | $0 |
| Commonwealth Edison | Unsecured | $1,131.00 | $3,547.20 | $3,547.20 | $633.40 | $0 |
| Direct Tv | Unsecured | $601.00 | NA | NA | $0 | $0 |
| Dish Network | Unsecured | $475.00 | NA | NA | $0 | $0 |
| DS Waters Of North America | Unsecured | $277.00 | NA | NA | $0 | $0 |
| East Bay Funding | Unsecured | $1,062.00 | $1,061.92 | $1,061.92 | $189.68 | $0 |
| East Bay Funding | Unsecured | $350.00 | $350.00 | $350.00 | $62.50 | $0 |
| East Bay Funding | Unsecured | $350.00 | $350.00 | $350.00 | $62.50 | $0 |
| Educational Credit Management Corp | Unsecured | $185.00 | $187.74 | $187.74 | $0 | $0 |
| Family Medical Group | Unsecured | $135.00 | NA | NA | $0 | $0 |
| First National Bank Of Marin | Unsecured | $671.84 | NA | NA | $0 | $0 |
| Forest Park Loan Company | Unsecured | $350.00 | NA | NA | $0 | $0 |
| Gateway Financial | Unsecured | $9,000.00 | $10,192.28 | $10,192.28 | $1,820.19 | $0 |
| Glc Properties C/O Herbert C Goldma | Unsecured | $1,600.00 | NA | NA | $0 | $0 |
| Great Lakes Specialty Finance | Unsecured | $720.00 | NA | NA | $0 | $0 |
| Greater Suburban Acceptance Co | Unsecured | $6,300.00 | NA | NA | $0 | $0 |
| Hollywood Video | Unsecured | $87.00 | NA | NA | $0 | $0 |
| HSBC | Unsecured | $0 | NA | NA | $0 | $0 |
| I C Systems Inc | Unsecured | $60.00 | $60.00 | $60.00 | $10.72 | $0 |
| Illinois Dept of Revenue | Unsecured | NA | $60.00 | $60.00 | $10.72 | $0 |
| Internal Revenue Service | Unsecured | NA | $28.30 | $28.30 | $5.05 | $0 |
| Jalisco Auto Repair | Unsecured | $400.00 | NA | NA | $0 | $0 |
| Jewel Food Stores | Unsecured | $51.00 | NA | NA | $0 | $0 |
| Jewel Food Stores | Unsecured | $135.00 | NA | NA | $0 | $0 |
| Kaplan Early Learning Co | Unsecured | $1,355.00 | NA | NA | $0 | $0 |
| Loyola University Phys Foundation | Unsecured | $80.00 | NA | NA | $0 | $0 |
| MCI | Unsecured | $59.00 | NA | NA | $0 | $0 |
| MCI | Unsecured | $279.00 | NA | NA | $0 | $0 |
| Midland Credit Management | Unsecured | $1,025.00 | $1,025.18 | $1,025.18 | $183.14 | $0 |
| Midland Orthopedic Association | Unsecured | $30.00 | NA | NA | $0 | $0 |
| Money Control | Unsecured | $160.00 | NA | NA | $0 | $0 |
| National Capital Management | Unsecured | NA | $508.73 | $508.73 | $90.84 | $0 |
| National Capital Management | Unsecured | NA | $819.05 | $819.05 | $146.30 | $0 |
| National Capital Management | Unsecured | NA | $723.12 | $723.12 | $129.13 | $0 |

*(Continued)*

UST Form 101-13-FR-S (09/01/2009)

**Scheduled Creditors:** *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
| --- | --- | --- | --- | --- | --- | --- |
| Nicor Gas | Unsecured | $0 | NA | NA | $0 | $0 |
| Nicor Gas | Unsecured | $728.00 | $794.43 | $794.43 | $141.86 | $0 |
| Nicor Gas | Unsecured | $0 | NA | NA | $0 | $0 |
| Nicor Gas | Unsecured | $2,281.00 | NA | NA | $0 | $0 |
| Oak Lawn MRI Center | Unsecured | $185.00 | NA | NA | $0 | $0 |
| Oak Lawn MRI Center | Unsecured | $175.00 | NA | NA | $0 | $0 |
| Palos Community Hospital | Unsecured | $257.00 | NA | NA | $0 | $0 |
| Pam Sodaro | Unsecured | $16,050.00 | NA | NA | $0 | $0 |
| Peoples Energy Corp | Unsecured | $0 | $694.44 | $694.44 | $124.02 | $0 |
| Portfolio Recovery Associates | Unsecured | $522.00 | $522.22 | $522.22 | $93.27 | $0 |
| Portfolio Recovery Associates | Unsecured | $600.00 | $481.13 | $481.13 | $85.91 | $0 |
| Progressive Insurance Co | Unsecured | $304.00 | NA | NA | $0 | $0 |
| Resurgent Capital Services | Unsecured | $207.00 | NA | NA | $0 | $0 |
| Safelite Glass Corp | Unsecured | $252.66 | NA | NA | $0 | $0 |
| Sage Telecom | Unsecured | $0 | NA | NA | $0 | $0 |
| Spencer Leak & Sons Inc | Unsecured | $1,750.00 | NA | NA | $0 | $0 |
| Sprint PCS | Unsecured | $395.00 | NA | NA | $0 | $0 |
| T Mobile USA | Unsecured | $494.00 | $294.80 | $294.80 | $52.66 | $0 |
| TCF Bank | Unsecured | $0 | NA | NA | $0 | $0 |
| TCF Bank | Unsecured | $110.00 | NA | NA | $0 | $0 |
| TeleCheck | Unsecured | $137.00 | NA | NA | $0 | $0 |
| Unique Insurance | Unsecured | $7,200.00 | NA | NA | $0 | $0 |
| United States Dept Of Education | Unsecured | NA | $3,469.36 | $3,469.36 | $619.51 | $0 |
| United States Dept Of Education | Unsecured | $8,333.00 | $5,325.35 | $5,325.35 | $950.96 | $0 |
| University Of Phoenix | Unsecured | $1,996.00 | NA | NA | $0 | $0 |
| US Cellular | Unsecured | $481.00 | NA | NA | $0 | $0 |
| USA One National Credit Union | Unsecured | $1,129.00 | NA | NA | $0 | $0 |
| USA Payday Loans | Unsecured | $605.00 | NA | NA | $0 | $0 |
| Village of Hillside | Unsecured | $300.00 | NA | NA | $0 | $0 |

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0 | $0 | $0 |
| Mortgage Arrearage | $0 | $0 | $0 |
| Debt Secured by Vehicle | $0 | $0 | $0 |
| All Other Secured | $870.92 | $0 | $0 |
| **TOTAL SECURED:** | $870.92 | $0 | $0 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0 | $0 | $0 |
| Domestic Support Ongoing | $0 | $0 | $0 |
| All Other Priority | $2,143.87 | $2,143.87 | $0 |
| **TOTAL PRIORITY:** | $2,143.87 | $2,143.87 | $0 |
| **GENERAL UNSECURED PAYMENTS:** | $37,827.40 | $6,559.45 | $0 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,256.68 |
| Disbursements to Creditors | $8,703.32 |
| **TOTAL DISBURSEMENTS:** | $12,960.00 |

UST Form 101-13-FR-S (09/01/2009)

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: June 6, 2012            By: /s/ MARILYN O. MARSHALL
                                             Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.